# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00135-CV

**Appellants**, **Daniel Rittiman, Louise Rittiman, Robert Givens, and Wimberly Givens//
Cross-Appellants, David B. Jonas, Mary B. Jonas, Troy Friesenhahn, Kay Friesenhahn,
Fred Muenchow, John Durham, Marilyn Durham, Leroy Wilson, Dorthlin Wilson,
Dennis Darling, Mary Darling, Diana Henze, Donald Henze,
Harold Price, Jacklynn Price, and Bessie T. Riedel**

**v.**

**Appellees, David B. Jonas, Mary B. Jonas, Troy Friesenhahn, Kay Friesenhahn,
Fred Muenchow, John Durham, Marilyn Durham, Leroy Wilson, Dorthlin Wilson,
Dennis Darling, Mary Darling, Diana Henze, Donald Henze,
Harold Price, Jacklynn Price, and Bessie T. Riedel//
Cross-Appellees, Daniel Rittiman, Louise Rittiman, Robert Givens, and Wimberly Givens**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. C2005-0658A, HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants/cross-appellees and appellees/cross-appellants have both stated that they no longer wish to pursue this appellate cause by filing appellants' Notice of Termination of Appeal and appellees' Unopposed Motion to Dismiss Cross-Appeal. We grant the parties' motions and dismiss both the appeal and the cross-appeal.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed

Filed: April 30, 2008